General Complaint

FILED
EASTERN U.S. DISTRICT COURT
DISTRICT OF TEXAS
JUL 11 2016
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Theurres Richard-Coulibaly

Case Number: 1:16cv270

List the full name of each plaintiff in this action.

VS.

UNUM Corporation

Philip Popovich, Individual

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      (1.)   Employ Counsel
      2.   Court - Appointed Counsel
      3.   Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

      Provost Umphrey Law Firm
      Park St
      Beaumont, Tx

C. Results of the conference with counsel:

Unable to assist at this time per Attorney Sacqueline Ryall

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  ____ Yes  ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

   1. Approximate file date of lawsuit: _____

   2. Parties to previous lawsuit(s):

      Plaintiff _____

      Defendant _____

   Attach a separate piece of paper for additional plaintiffs or defendants.

   3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

      _____

   4. Docket number in other court. _____

   5. Name of judge to whom the case was assigned.
      _____

   6. Disposition: Was the case dismissed, appealed or still pending?

      _____

   7. Approximate date of disposition. _____

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1 Thefarro Richard
   1960 Glendale St
   Beaumont, Tx 77707

   Pla #2 Corey Jolivet
   1960 Glendale St
   Beaumont, Tx 77707

   B.   List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: UNUM
   PO Box 100158
   Columbia, SC 29202-3158

   Dft #2: Philip Popovich
   Lead Claims Adjuster since May 2010
   PO Box 100158  Columbia, SC 29202-3158

   Dft #3 _____

   Attach a separate sheet for additional parties.

IV:  Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Denied payment on long term disability payment of $2100 for 73 months beginning May, 2010, to present time of July, 2010. I have an ongoing illness since January 1972. Struggles with bowel obstruction, spine disfiguration, leaking stool, bloody stool, urinary tract infection, muscle weakness and fatigue. Since work related injury at Penny Lane Centers in May of 2009, I have been unable to continue work as a social worker. File claim Philip Popovich - lead claims adjuster denied payment and reported misleading information. The payments total $150,000 to recover. The pain and suffering was caused by being homeless after no income for 73 months w/ long term disability. Lost my home, my cars, my clothes, forced to live in abusive and violent situation, sexually assaulted, physically assaulted, drugged for 190,000,000 seconds on my life. In distress, head on collision trying to escape. 5/26/16. Loss child bearing years, license to open Group Home, defamation and continuous slander.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Suing for $6,000,000,000 is the amount I am requesting for pain/suffering since I have been living in homeless abusive situation for 73 months. Their income is $1,000,000,000 per year x 6 years = $6 billion. This equals the $95,000 they denied me for 6 years + 1 month. Also $153,300 retro payments from May 2010 to present July 2016 be paid to me today.

Signed this 11th day of July (Month), 20 16 (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 7/11/16
Date

Signature of each plaintiff