# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| THEFARRO RICHARD-COULIBALY, COREY JOLIVET, | § § § Civil Action No. 1:16-CV-00270-RC § |
| v. | § § |
| UNUM CORPORATION, PHILIP POPOVICH, INDIVIDUALLY | § § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court referred this case to United States Magistrate Judge Keith F. Giblin for pretrial matters pursuant to 28 U.S.C. § 636. On October 12, 2016, Judge Giblin entered his report (Doc. No. 9) containing proposed findings of fact and a recommendation that the plaintiffs' claims in this matter be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

Having received the report of the United States Magistrate Judge, and no objections having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Report and Recommendation on Dismissal (Doc. No. 9) is **ADOPTED**. It is further **ORDERED** that Plaintiffs' claims are **DISMISSED** in their entirety, without prejudice.

1

All pending motions are **DENIED as MOOT**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**So Ordered and Signed**
**Nov 17, 2016**

_____
Ron Clark, United States District Judge